Pamela MARSHALL, Plaintiff–
Appellant,

v.

Doctor Francis J. HARVEY; LTC
William Lukens, Defendants–
Appellees.

No. 07–1186.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

Pamela Marshall, Appellant Pro Se.
Larry Lee Gregg, Assistant United States
Attorney, Kevin Jason Mikolashek, Office
of the United States Attorney, Alexandria,
Virginia, for Appellees.

Before WILKINSON, TRAXLER, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Pamela Marshall appeals the district court's order granting her former federal employer's motion for summary judgment as to her petition for review of the Merit System Protection Board's decision and on her employment discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marshall v. Harvey*, No. 1:06–cv–01160–LMB (E.D. Va. Feb. 9, 2007; filed Feb. 15, 2007 & entered Feb. 16, 2007). We deny Marshall's motion to expedite as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*